# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

NO. 2025 KW 0982

VERSUS

JOHN SILAS JOINER, JR.

**JANUARY 9, 2026**

---

In Re:   John Silas Joiner, Jr., applying for supervisory writs, 22nd Judicial District Court, Parish of St. Tammany, No. 5453-F-2023, 5455-M-2023.

---

**BEFORE:   MILLER, EDWARDS, AND FIELDS, JJ.**

**WRIT DENIED.** The record of the St. Tammany Parish Clerk of Court's Office reflects that the district court acted on relator's motion to appoint counsel on December 8, 2025. The record further reflects that at the request of the defense, relator's outstanding motions were continued to February 24, 2026.

**SMM**
**BDE**
**WEF**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT